UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in May 10, 2023**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | |
| **HARRISON LEE,** | : | **18 U.S.C. §§ 1591(a)(1) and (b)(2)** |
| | : | **(Sex Trafficking of a Minor)** |
| Defendant. | : | |
| | : | **18 U.S.C. § 1591(d)** |
| | : | **(Obstruction and Interference with the** |
| | : | **Enforcement of 18 U.S.C. § 1591(a))** |
| | : | |
| | : | **18 U.S.C. § 2252(a)(1) and (b)(1)** |
| | : | **(Transportation of Child Pornography)** |
| | : | |
| | : | **18 U.S.C. § 2421(a)** |
| | : | **(Transportation for the Purpose of** |
| | : | **Prostitution)** |
| | : | |
| | : | **18 U.S.C. § 1952(a)(3)(A)** |
| | : | **(Interstate Travel and Transportation in** |
| | : | **Aid of Racketeering)** |
| | : | |
| | : | **18 U.S.C. § 1594(d), 18 U.S.C. § 2428(a), 18** |
| | : | **U.S.C. § 2253(a), and 21 U.S.C. § 853(p)** |
| | : | **(Forfeiture Allegation)** |

## INDICTMENT

The Grand Jury Charges that:

## COUNT ONE

Between on or about December 1, 2015, and on or about February 1, 2016, within the

District of Columbia and elsewhere, the defendant, **HARRISON LEE**, did, in and affecting

interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain and maintain by

1

any means, J.J., whose identity is known to the Grand Jury, knowing and in reckless disregard of the fact, and having reasonable opportunity to observe J.J., that J.J. had not attained the age of eighteen years and would be caused to engage in a commercial sex act.

(**Sex Trafficking of a Minor,** in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c))

### COUNT TWO

Between on or about March 1, 2019, and on or about May 8, 2019, within the District of Columbia and elsewhere, the defendant, **HARRISON LEE,** did knowingly obstruct, and attempt to obstruct, and in any way interfere with and prevent the enforcement of Title 18, United States Code, Section 1591(a).

(**Obstruction and Interference with the Enforcement of 18 U.S.C. § 1591(a),** in violation of Title 18, United States Code, Sections 1591(d))

### COUNT THREE

On or about December 29, 2015, the defendant, **HARRISON LEE,** within the District of Columbia and elsewhere, did knowingly transport and ship, and attempted to do so, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, a visual depiction, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

(**Transportation of Child Pornography,** in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1))

2

## COUNT FOUR

Between on or about November 7, 2018, and on or about November 9, 2018, the defendant, **HARRISON LEE,** within the District of Columbia and elsewhere, did knowingly transport J.J., whose identity is known to the Grand Jury, in interstate commerce with the intent that J.J. engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

**(Transportation for the Purpose of Prostitution,** in violation of Title 18, United States Code, Section 2421(a))

## COUNT FIVE

Between on or about October 22, 2018, and on or about November 12, 2018, within the District of Columbia and elsewhere, in and affecting interstate commerce, the defendant, **HARRISON LEE,** knowingly traveled in interstate commerce and used an instrumentality of interstate commerce, including cell phones and the internet, with intent to otherwise promote, manage, establish, carry on and facilitate the promotion, management, establishment, and carrying on of prostitution offenses in violation of the laws of the United States, and thereafter performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of such unlawful prostitution activity.

**(Interstate Travel and Transportation in Aid of Racketeering,** in violation of Title 18, United States Code, Section 1952(a)(3)(A))

## FORFEITURE NOTICE

1.     Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant, **HARRISON LEE,** shall forfeit to the United States (1) his interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations; and (2) any property, real of person, constituting or derived from any proceeds

3

that he obtained, directly or indirectly, as a result of such violations, pursuant to Title 18, United States Code, Section 1594(d). The United States will also seek a forfeiture money judgment equal to the value of any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations; and any property, real or personal, constituting or derived from any proceeds that he obtained, directly or indirectly, as a result of such violations.

      2.     Upon conviction of the offense alleged in Count Three of this Indictment, the defendant, **HARRISON LEE,** shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253(a).

      3.     Upon conviction of the offenses alleged in Count Four of this Indictment, the defendant, **HARRISON LEE,** shall forfeit to the United States (1) his interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations; and (2) any property, real of person, constituting or derived from any proceeds that he obtained, directly or indirectly, as a result of such violations, pursuant to Title 18, United States Code, 2428(a). The United States will also seek a forfeiture money judgment equal to the value of any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations; and any property, real or personal, constituting or derived from any proceeds that he obtained, directly or indirectly, as a result of such violations.

4

4.      If any of the property described above as being subject to forfeiture, as a result of

any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property that cannot be divided
            without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to 21 U.S.C. Section 853(p).

**(Criminal Forfeiture,** pursuant to Title 18, United States Code, Sections 1594(d),
2428(a), and 2253(a), and Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

MATTHEW M. GRAVES
United States Attorney

5