AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-cr-213 |
| | ) Assigned To: Judge Trevor N. McFadden |
| | ) Assign. Date: 7/6/2023 |
| Harrison Lee | ) Description: INDICTMENT (A) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Harrison Lee ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1591(a)(1) and (b)(2) (Sex Trafficking of a Minor);

18 U.S.C. § 1591(d) (Obstruction and Interference with the Enforcement of 18 U.S.C. § 1591(a));

18 U.S.C. § 2252(a)(1) and (b)(1) (Transportation of Child Pornography);

18 U.S.C. § 2421(a) (Transportation for the Purpose of Prostitution);

18 U.S.C. § 1952(a)(3)(A) (Interstate Travel and Transportation in Aid of Racketeering)

Date: 07/06/2023

Zia M. Faruqui
2023.07.06 17:24:08 -04'00'

*Issuing officer's signature*

City and state: Washington, DC         ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 7/6/2023, and the person was arrested on *(date)* 7/20/2023
at *(city and state)* Alexandria, VA .

Date: 7/20/23

*Arresting officer's signature*

Kelly McLeod, Special Agent
*Printed name and title*