UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case Number: 23-cr-213 (TNM) |
| HARRISON LEE, | : |
| Defendant. | : |

**STATEMENT OF OFFENSE**

The parties in this case, the United States of America and the defendant, Harrison Lee ("LEE"), stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to show that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Sex Trafficking of a Minor, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2), and (c).

1. In December 2015, LEE began advertising and transporting J.J., a seventeen-year-old, to engage in commercial sex for his financial benefit. LEE posted commercial sex advertisements for J.J. on Backpage.com, a now-defunct website that had an escort section, on a near-daily basis from on or about December 18, 2015, to January 24, 2016, using his email address *desiresplaytime@gmail.com*. During this entire time period, J.J. was seventeen years old—i.e., a minor—and LEE was thirty-four years old.

2. For example, LEE posted the following commercial sex advertisements for J.J. using his *desiresplaytime* email address at the time she was a minor:

   a. Backpage Post ID 20954912, posted on December 19, 2015, in the Washington, D.C. section: "OUTCALLS Serenity UPSCALE

Young Exotic MIXED GIRL - 20." The age of the person described in the ad—i.e., J.J.—was listed as "20." The advertisement contained several photographs of J.J. either nude or wearing only underwear, including a photograph depicting J.J. nude from behind in which she is leaning against a wall with her head turned back towards the camera and her vagina visible. This image constitutes a visual depiction of a minor engaging in sexually explicit conduct.

    b. Backpage Post ID 20950150, posted on December 20, 2015, in the Washington, D.C. section: "INCALLS Special Serenity UPSCALE Young Exotic MIXED GIRL – 21." The age of the person described in the ad—i.e., J.J.—was listed as "21." One of the posted photographs is a close-up image of J.J.'s vaginal area in which she is lying down and digitally penetrating herself with her legs spread. This image constitutes a visual depiction of a minor engaging in sexually explicit conduct.

    c. Backpage Post ID 28429603, posted on December 29, 2015, in the Philadelphia section: "Ultimate Playdate Exotic Girls Next Door – 20." The age of the person described in the ad—i.e., J.J.—was listed as "20." The advertisement contained the same photograph described above of J.J. leaning against a wall with her vagina visible. LEE posted this ad from Washington, D.C.

3.     Between 2013 and 2018, LEE utilized an Instagram profile with the vanity name,

*puregameal*. The "game" is slang widely used by traffickers and pimps to refer to the practice of pimping out and exploiting individuals in commercial sex.

4. During the relevant time period, LEE posted pictures of J.J. on his Instagram profile indicating that she was working in commercial sex for his financial benefit. For example, on December 21, 2015, Lee posted a picture of himself, J.J., and two other women in his car along with the caption, "Something like 30 toes!!! I stay down cause them hoes down looking for a real one 2 come up wit %100% #whoaintgotnobitches #PGO [*pimpin' goin' on*] #bpgo [*big pimpin' goin' on*] #rpgo [*real pimpin' goin' on*] #ecd." LEE posted a commercial sex ad for J.J. on Backpage.com for the Southern Maryland area that same day.

5. On January 20, 2016, LEE posted a picture of a woman doing J.J.'s hair (near a third woman) on his Instagram profile along with the caption, "Fuck a salon my game multi-talented #wifeylove #CCPGO #rhgo [*real hoin' goin' on*]." His Instagram IP address for this date resolved to Charlotte, NC. LEE posted commercial sex ads for J.J., including the photographs showing her vagina, using his *desiresplaytime* email address on Backpage.com for the Raleigh, NC area on January 19, 2016, and January 22, 2016.

6. LEE purchased hotel rooms using his Wyndham Hotel rewards in some of the locations that he had posted J.J. for commercial sex while she was a minor for use by J.J. to engage in commercial sex "dates."

7. During the time period that LEE posted online commercial sex ads for J.J. while she was a minor, LEE knew that J.J. in fact saw customers responding to those ads and engaged in sex acts with them in exchange for money. J.J. turned over the money that she earned to LEE.

8. During the time that J.J. worked for LEE in commercial sex while she was a minor, LEE had reasonable opportunity to observe her while he transported her in his vehicle to

hotels in the Washington, D.C. area and other states along the eastern seaboard, including New Jersey and Georgia, and personally interacted with her on multiple occasions.

9. LEE continued to exploit J.J. in commercial sex for his financial benefit after she turned 18 years old, between at least October 2016 and July 2018, but not continuously, in the Washington, D.C. area and elsewhere, including New York, New Jersey, and Florida. During this time period, he transported J.J. to hotels to engage in commercial sex "dates" and posted commercial sex ads of her on Backpage.com using the *desiresplaytime* email address as well as his email address *hlee552000@hotmail.com*.

10. In December 2017 and January 2018, Lee knew that J.J. had bipolar disorder, was suicidal, had tried to hang her herself, and had to be involuntarily committed on at least two occasions. He continued to exploit her in commercial sex after her release from psychiatric commitment and despite knowing about her mental health issues.

11. In October and November 2018, LEE and J.J. frequently traveled from Washington, D.C., where they resided at LEE's apartment in Northeast D.C., to Maryland and New York, consistent with locations where LEE advertised J.J. for commercial sex using his email account.

12. On November 30, 2018, law enforcement agents executed a search warrant at LEE's residence and seized a 9 mm handgun, ammunition, a book entitled "Iceberg Slim Pimp: The Story of My Life," and multiple adult film contracts between LEE's company "BlackStar XXX LLC" and various women. LEE was placed under arrest for a firearm offense.

13. On July 20, 2023, LEE was arrested in a Walmart parking lot by Fairfax County Police in Fairfax, Virginia pursuant to the active federal arrest warrant issued in this case. J.J. was with him at the time.

14. In July 2023, LEE and J.J. traveled from Washington, D.C. to New York and Florida, where she engaged in commercial sex acts for his benefit. On occasion, commercial sex clients paid for J.J.'s services by sending money via a digital payment service linked to LEE's email address.

15. LEE received, at a minimum, $70,000 that J.J. turned over to him from her commercial sex dates during the periods in which she worked for him.

Respectfully,

MATTHEW GRAVES
UNITED STATES ATTORNEY

_____
Caroline Burrell
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I, Harrison Lee, have read every word of this Statement of Offense. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, after consulting with my attorney, Mary Petras, Esq., I agree and acknowledge by my signature that this Statement of Offense is true and accurate. I do this knowingly and voluntarily and because I am in fact guilty of the crime to which I am pleading guilty. The Statement of Offense is a summary made for the purpose of providing the Court with a factual basis for my guilty plea. It does not include all of the facts known to me regarding these offenses. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

Dated: 2/8/2024

Harrison Lee
Defendant

## ATTORNEY'S ACKNOWLEDGEMENT

I have read this Statement of Offense and have reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Statement of Offense.

Dated: 2/8/2024

Mary Petras, Esq.
Attorney for Harrison Lee